**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

In re: PETER TICKTIN Case No. 8:26-mc-46-MMH

---

**ORDER**

In accordance with Local Rule 2.04(c)(4)(F), I designate Senior United States District Judge Steven D. Merryday to address the Grievance Committee's probable cause finding as outlined in the Grievance Committee's Report and Recommendation (Doc. 395), filed in Coomer v. Byrne, Case No. 8:24-cv-8-TPB-SPF. The Clerk is **directed** to place a copy of the Grievance Committee's Report in this file and make a notation on the Coomer docket that the grievance matters are being handled in this miscellaneous case. The Clerk is further **directed** to reassign this miscellaneous case to Judge Merryday.

**DONE AND ORDERED** in Jacksonville, Florida, on November 6, 2026.

Marcia Morales Howard

MARCIA MORALES HOWARD
Chief United States District Judge

Copies to:

Honorable Steven D. Merryday
Senior United States District Judge

Peter Ticktin, Esq.